THE FRANKLIN ELECTRIC LIGHT COMPANY, appellant,

*v.*

THE FORT WAYNE ELECTRIC CORPORATION, respondent.

[Filed June 19th, 1899.]

On appeal from an order of the chancellor, whose opinion is reported in *Fort Wayne Electric Corporation* v. *Franklin Electric Light Co., 12 Dick. Ch. Rep. 7.*

*Mr. David J. Pancoast,* for the appellant.

*Mr. Robert H. McCarter,* for the respondent.

Hallenback *v.* Rogers.

PER CURIAM.

The order of the chancellor declaring the defendant corporation insolvent and appointing a receiver is affirmed, for the reasons given in the opinion of the chancellor.

*For affirmance*—THE CHIEF-JUSTICE, VAN SYCKEL, DIXON, GARRISON, GUMMERE, COLLINS, BOGERT, NIXON, HENDRICKSON, ADAMS, VREDENBURGH—11.

*For reversal*—None.